**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| **ALEXANDER ODEH,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **GABRIELLE ODEH,** | ) |
| | ) **Civil Action No. 25-2010** |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MONTGOMERY MUTUAL** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **LIBERTY MUTUAL FIRE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332 and 1446 Defendants Montgomery Mutual Insurance Company and Liberty Mutual Fire Insurance Company hereby file this Notice of Removal and state as follows:

1.      Montgomery Mutual Insurance Company and Liberty Mutual Fire Insurance Company are Defendants in Case Number CL2024-0015381 filed in the Circuit Court for Fairfax County, Virginia (the "State Court Action").

2.      Plaintiffs Alexander Odeh and Gabrielle Odeh filed their Complaint against Defendants in the Circuit Court for Fairfax County, Virginia on or about October 30, 2024. *See* Circuit Court Complaint, attached hereto as **Exhibit 1**.

3.	Plaintiffs effected service of process on October 21, 2025, by serving a copy of the Summons and Complaint on Defendants' registered agent. *See* Writ of Summons, attached hereto as **Exhibit 2**. *See also* 10/21/25 CSC Notice of Service of Process **Exhibit 3**.

4.	Thus, removal of this action is being timely made within 30 days of the date of service.

5.	The State Court Action seeks recovery in excess of $75,000, exclusive of interest and costs, and the parties are from different states, as Plaintiffs are citizens of Virginia, Defendant Montgomery Mutual Insurance Company is a citizen of Massachusetts, and Defendant Liberty Mutual Fire Insurance Company is a citizen of Wisconsin.  Thus, the requirements of diversity are met for removal.

6.	This Notice of Removal will be filed promptly in the State Court Action and served upon Plaintiffs.

7.	Copies of process and pleadings in the State Court Action that have been received by Defendants' counsel are attached hereto as set forth below.

- Plaintiffs' Complaint against Defendants, filed in the Circuit Court for Fairfax County, Virginia on or about October 30, 2024, attached hereto as **Exhibit 1**.

- Writ of Summons to Defendants, attached hereto as **Exhibit 2**.

- CSC Notice of Service of Process, attached hereto **as Exhibit 3**.

**WHEREFORE**, Defendants Montgomery Mutual Insurance Company and Liberty Mutual Fire Insurance Company hereby remove the subject action from the Circuit Court for Fairfax County, Virginia to the United States District Court for the Eastern District of Virginia.

Respectfully submitted,

Dated: November 10, 2025                **MEHIGAN LAW GROUP PLLC**

By:    */s/ James C. Mehigan*
       James C. Mehigan    (Bar No. 94042)
       11921 Freedom Drive
       Suite 550
       Reston, Virginia  20190
       TEL:   (703) 774-7281
       Email: jmehigan@mehiganlawgroup.com

       *Counsel for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2025, a copy of the foregoing Defendants' Notice

of Removal and Defendant's Civil Cover Sheet was served by first class mail, postage prepaid, on:

C. Thomas Brown, Esquire
Erik B. Lawson, Esquire
Silver & Brown
10621 Jones Street, Suite 101
Fairfax, Virginia  22030


                              */s/ James C. Mehigan*
                              James C. Mehigan

3