EFILED

10/30/2024 10:35:11

CL-2024-0015381

Christopher J. Falcon
CLERK, CIRCUIT COURT
FAIRFAX, VA

# VIRGINIA :

## IN THE FAIRFAX COUNTY CIRCUIT COURT

| | |
|---|---|
| **ALEXANDER ODEH,** <br> 805 Winterhaven Place <br> Herndon, VA 20170 <br><br> and <br><br> **GABRIELLE ODEH,** <br> 805 Winterhaven Place <br> Herndon, VA 20170 <br><br> Plaintiffs, <br><br> v. <br><br> **MONTGOMERY MUTUAL INSURANCE COMPANY,** <br> (a mutual insurance company) <br> Serve:       Corporation Service Company <br>                 Registered Agent <br>                 100 Shockoe Slip Fl 2 <br>                 Richmond, Virginia 23219-4100 <br><br> **LIBERTY MUTUAL FIRE INSURANCE COMPANY,** <br> (a mutual insurance company) <br>       Serve:   Corporation Service Company <br>                 Registered Agent <br>                 100 Shockoe Slip Fl 2 <br>                 Richmond, Virginia 23219-4100 <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: _____ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## <u>COMPLAINT</u>

COMES NOW the Plaintiffs, Alexander Odeh and Gabrielle Odeh (the "Plaintiffs," or "Insureds," or "Homeowners"), by counsel, file this Complaint against the Defendants, Montgomery Mutual Insurance Company ("Montgomery Mutual"). and against Liberty Mutual Insurance Company ("Liberty Mutual")(collectively Montgomery Mutual and Liberty Mutual shall be referred to as the "Defendants" or "Insurers"), and in support thereof state as follows:

## THE PARTIES

1.    At all times relevant hereto, Plaintiffs had an insurable and ownership interest in the improved real property located at 805 Winterhaven Place, Herndon, VA 20170 (the "Property" or "Insured Property") and resided therein.

2.    Defendants Montgomery Mutual and Liberty Mutual are  MMIC an insurance company doing business in Virginia.

3.    Upon information and belief, Defendant Montgomery Mutual and Liberty Mutual, are Massachusetts corporations with their principal place of business in Massachusetts.

4.    This suit arises from the Insurer's failure to make full payment due under the policy at issue for a claim for damage to the Property and Plaintiffs resulting from a covered cause of loss thereunder, including, but not limited to, for additional living expenses ("ALE").

5.    This Court is the proper venue because the Insured Property is located in Fairfax County, Virginia, the loss at issue took place in Fairfax County, Virginia, and the insurance policy that serves as the basis for this suit was issued to Plaintiffs in Fairfax County, Virginia.

## FACTS MATERIAL TO ALL COUNTS

6.    At all times relevant hereto, the Plaintiffs owned and resided at the Property.

7.    The Defendant issued a policy of insurance (which upon information and belief carriers policy no. "H3A-238-207639- 75 2 9") having an effective policy period of November 1, 2022 through November 1, 2023 that provides insurance coverage on the Property (the "Policy" or "Contract of Insurance"). A copy of what Defendant has represented to be a certified copy of the Policy is attached hereto as Exhibit 1.

8.    The Policy was automatically renewed on November 1, 2022 with a new policy period of November 1, 2022 until November 1, 2023 ("Renewal").

2

9.    Plaintiff Alexander Odeh is the named insured on the policy's declarations page.

10.    Gabrielle Odeh is the spouse of Alexander Odeh and is also an insured under the Policy.

11.    The Policy defines the phrase "named insured" as including:

> In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:
>
> > a. the spouse of the "named insured" shown in the Declarations, if a resident of the same household; or
> > ***

See Exhibit 1, Policy.

12.    Plaintiffs Alexander Odeh and Gabrielle Odeh are married and are residents of the same household and are both Named Insureds under the Policy.

13.    At all times relevant hereto, the Policy was in full effect.

14.    At all times relevant hereto, all premiums on the Policy had been fully paid.

15.    The Policy provides coverage for loss and damage resulting from accidental fire which includes, but is not limited to, the following coverages:

a.    Coverage A Dwelling with a Policy Limit of $930,700 but also provided with Expanded Replacement Cost Coverage; and

b.    Coverage B Other Structures with policy limits of $93,070; and

c.    Coverage C Personal Property with policy limits of $698,030; and

d.    Coverage D Loss of Use for the Actual Loss Sustained (hereinafter referred to as "ALE Coverage").

16.    The Policy also includes increases in the Limits of insurance for cost of living/inflation coverage.

17.    The Policy provides for ALE in the event of a covered cause of loss as follows:

3

COVERAGE D - Loss Of Use

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the residence premises where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.

a. Additional Living Expense, meaning any necessary increase in living expenses incurred by you **so that your household can maintain its normal standard of living**; or

b. Fair Rental Value, meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

. . .

See Exhibit 1, Policy.

18. The Policy was drafted by the Defendant and the Plaintiffs were not involved in the wording of the Policy.

19. Any ambiguities in the Policy are construed against the Defendant and in favor of coverage.

## The Loss

20. On or about November 9, 2022, the Property sustained loss and damage resulting from accidental fire (the "Loss" or "Fire").

21. The Fire rendered the Property not fit to live in.

22. The Loss was promptly reported to the Insurer.

23.     The Insureds made a claim under the Policy and on the Insurer for the loss and damage resulting from the Loss known as claim number 051506433 ("Claim").

24.     The Policy provides coverage for the Loss as to the Dwelling, the Personal Property, Other Structures and the Loss of Use of the Property.

25.     The Insurer accepted the Insureds' Claim but is in breach of the policy for not making full payment of the claim.

26.     The Insurer does not dispute that the Policy does not exclude damage to the Property resulting from the Loss here.

27.     The Insurer admits that the Policy provides coverage for the Fire.

28.     The Insureds have satisfied all conditions precedent to payment of the Claim and have met all of the Insureds' obligations due under the Policy.  Alternatively, the Insurer has waived all conditions necessary to the filing of this suit or is estopped to rely thereon.

29.     The Insureds engaged Mr. Andrew Macleay of Goodman-Gable-Gould / Adjusters International to aid the Insureds in the preparation and presentation of their Claim to the Insurer.

30.     The Insureds engaged Sonic LLC as their contractor to manage and undertake the restoration and rebuild of the Property following the Loss.

31.     The Insurer refused to make payment on the entirety of the Insureds' Claim, including, but not limited to, the Insureds' Claim for ALE.

32.     The Insurer refused to make payment for the loss of use of the property to include the Additional Living Expenses to allow the Insureds to maintain their normal standard of living. For example, instead of paying for a home which was equivalent to the insured dwelling which had a full kitchen and other living areas, the Insurer attempted to limit the coverage to a replacement living area having a hot plate and microwave instead of a like kind kitchen.

5

33.     The Insurer is in breach, which includes, but is not limited to, the attempt to limit the Additional Living Expenses to the cost to stay in what amounts to a hotel room with a hot plate.

34.     In addition the Insurer is in breach, which includes, but is not limited to the Insurer's actions in setting an unreasonable period of restoration, which actions were taken by the Defendants in a bad faith attempt to limit the Insureds' ALE and loss of use.

35.     The Insurer, in bad faith, limited the additional living expenses that Plaintiffs are owed as a part of their Claim made under the Policy for the damage resulting from the Fire.

36.     The Insurer, in bad faith, engaged "MyKey" to identify housing options on behalf of the Insureds knowing that "MyKey" lacks regional understanding, lacks understanding of the Insureds' housing needs, lacks understanding of the Insureds' travel needs to work and to their children's respective schools (and activities related to their young adult dependent with special needs) and knowing that the majority of the homes presented by "MyKey" are off-market and unavailable for rent or are otherwise not of like kind and quality to the demised Property.

37.     The Insurer, in bad faith, engaged "MyKey" to offer "multiple units" to the Insureds and suggested to split up a family with a young child and a young dependent adult with special needs into various units.

38.     The Insurer, in bad faith, delayed payments on the Insureds' Claim for ALE.

39.     The Insurer, in bad faith, refused to make payment on some of the Insureds' Claim for ALE, including, but not limited to, meal and/or food reimbursement despite the fact that the Insureds were placed in a hotel without a full kitchen of like kind and quality to that of the kitchen in the demised Property.

40.     The monies expended on meal and/or food while residing at the hotel constitutes necessary increases in living expenses incurred by the Insureds because they were incurred so that

6

the Insureds could maintain its normal standard of living as the hotel offered little more than a hot plate and microwave and does not offer a range, oven and other appliances contained within the demised Property that provided the Insureds with their normal standard of living.

41.     The Insurer has refused and failed to make full payment for other coverages under the policy including the failure to make payment for the full loss to the Dwelling, other structures, and personal property including the coverages for trees and shrubs among other things.

42.     In adjusting this matter, the Insurer has failed to act in good faith, which failures include, but are not limited to: (1) failure to respond to communications from the Insureds in a timely fashion; (2) failure to consider the Plaintiffs' position regarding ALE, the unreasonable period of restoration, and the failure to provide like-kind and quality additional living; (3) failure to make payment on the Claim in the correct amount, including, but not limited to, reimbursement for food/meals; (4) failure to make a reasonable investigation of the facts and circumstances underlying the Plaintiffs' ALE claims and concerns; (5) failure to keep the Insureds informed as to the adjustment of the Loss; (6) failure to provide a reasonable period of restoration; and all among other things.

43.     This suit is necessary and, given the Defendant's bad faith.

44.     Plaintiffs are entitled to an award of their attorney's fees pursuant to Va. Code § 38.2-209.

### COUNT I
*(Breach of Contract of Insurance)*

45.     Paragraphs 1-44 are incorporated herein.

46.     The Policy constitutes a contract between the Plaintiffs and the Insurer by which the Insurer agreed to accept certain risks and insured the Property and by which Plaintiffs agreed to pay a premium.

47.    The Insurer admits that the Policy provides coverage for the Loss.

48.    The Insurer has made a partial payment on the Claim.

49.    The Insurer has an obligation to pay all amounts due under the insurance Policy as a result of the Loss identified above, including, but not limited to, the full replacement cost of damaged property to the dwelling the personal property and the failure to pay the full loss of use including the failure to pay the appropriate ALE for an appropriate period of time..

50.    The Insurer is in breach of the Contract of Insurance for, among other things, failure to make full and timely payment on the Claim for the loss and damage to the Property resulting from the Loss, including, but not limited to, timely and full payment of ALE.

51.    The Insurer has failed to appropriately determine the Actual Cash Value of the damaged property and has breached the obligations due under the policy.

52.    Plaintiffs have been damaged as a result of the Insurer's breach of the Contract of Insurance.

53.    Va. Code § 38.2-209 states:

A. Notwithstanding any provision of law to the contrary, in any civil case in which an insured individual sues his insurer to determine what coverage, if any, exists under his present policy or fidelity bond or the extent to which his insurer is liable for compensating a covered loss, the individual insured shall be entitled to recover from the insurer costs and such reasonable attorney fees as the court may award. However, these costs and attorney's fees shall not be awarded unless the court determines that the insurer, not acting in good faith, has either denied coverage or failed or refused to make payment to the insured under the policy. "Individual," as used in this section, shall mean and include any person, group, business, company, organization, receiver, trustee, security, corporation, partnership, association, or governmental body, and this definition is declaratory of existing policy.

54.    This action is a suit by the Insureds to determine the extent to which the Insurer is liable for compensating a covered loss.

55.    The Insureds are seeking their reasonable attorney's fees pursuant to Va. Code § 38.2-209 because the Insurer has demonstrated a lack of good faith claims handling in failing to pay the Claim and for arbitrarily ignoring the Plaintiffs' demand for payment of the fixtures as part of the building, by the Defendant failing to appraise the loss; and for the Defendant failing to pay for the BIEE loss and failing to pay for temporary repairs.

56.    The Defendant is in breach of contract for which Plaintiffs have been damaged in the amount of no less than $300,000, which amount is in addition to all amounts paid by the Insurer to date.

57.    The Insurer has failed to comply with the Policy, the Virginia Code and the Virginia Regulations related to homeowners insurance, and is in breach, which breaches have caused damage and loss to the Insureds.

58.    The Insurer also breached its common law and statutory duty of good faith and fair dealing under Virginia Code § 38.2-209.

WHEREFORE the Plaintiffs, Alexander Odeh and Gabrielle Odeh, move this Honorable Court to enter judgment against the Defendant, Montgomery Mutual Insurance Company a/k/a Master Montgomery Mutual Ins. Co. d/b/a Liberty Mutual Insurance, in an amount of Four Hundred Thousand Dollars ($400,000) compensatory damages, and award prejudgment interest from the date of Loss until the time of judgment at the legal rate, and at the judgment rate thereafter until paid, and to pay the Plaintiffs costs and attorneys' fees to be awarded under Va. Code § 38.2-209, and such other relief as to this Court may seem just and mete.

## COUNT II
*(Declaratory Judgment - Payment of the Recoverable Depreciation)*

59.    Paragraphs 1-58 are incorporated herein.

60.     The Plaintiffs have substantially complied with all contractual terms, or those terms have been waived, or the Insurer is estopped to rely thereon.

61.     The Insurer is in breach of the Contract of Insurance for, among other things, failure to make full and timely payment on the Claim for the loss and damage to the Property resulting from the Loss.

62.     An actual controversy exists related to the Contract of Insurance and, at this juncture, the Plaintiffs' rights cannot be adequately protected at law without a judgment declaratory of their rights to obtain the full payment due under the Policy.

63.     Under the insurance Policy, and Title 38.2 of the Virginia Code, the Insurer has an obligation to initially pay the actual cash value, and upon replacement, restoration or repair, to pay for the difference between the actual cash value and the full replacement cost.

64.     Va. Code Ann. § 38.2-2119 provides:

> [ ... ] the policy shall permit the insured to assert a claim for the actual cash value of the property without prejudice to his right to thereafter assert a claim for the difference between the actual cash value and the full replacement cost unless a claim for full replacement cost has been previously resolved. Any claim for such difference must be made within six months of (i) the last date on which the insured received a payment for actual cash value or (ii) date of entry of a final order of a court of competent jurisdiction declaratory of the right of the insured to full replacement cost, whichever shall last occur.

65.     The Insurer has failed to adequately value the Plaintiffs' Claim.

66.     Without being paid the actual cash value, the Plaintiffs cannot replace the Property to trigger the additional payment up to the replacement cost for the dwelling.

67.     Without being paid the actual cash value, the Plaintiffs cannot replace the Dwelling, and would have no place to put the Personal Property, which impairs the insureds ability to replace its personal property to trigger the additional payments up to the replacement cost for the personal property.

68.    The Insurer's breach of the Contract of Insurance has resulted in the Plaintiffs' inability to incur all replacement costs and trigger the payment of the replacement cost values, for which Plaintiffs paid under the Policy.

69.    The Plaintiffs have a right under the Va. Code § 38.2-2119 to the "entry of a final order of a court of competent jurisdiction **declaratory** of the right of the insured[s] to full replacement cost." Va. Code § 38.2-2119, (emphasis added).

70.    The Insurer has failed to pay all amounts due for all items under the insurance Policy, including all contents and all amounts due related to the dwelling.

71.    Plaintiffs are entitled to a judgment declaratory of their rights to obtain all such monies once all such repairs have been effected or items repaired or replaced.

WHEREFORE, the Plaintiffs, Alexander Odeh and Gabrielle Odeh, move this Honorable Court to enter judgment against the Defendant, Montgomery Mutual Insurance Company a/k/a Master Montgomery Mutual Ins. Co. d/b/a Liberty Mutual Insurance, providing the Plaintiffs with a judgment declaratory of their rights as follows: (i) that the Plaintiffs have substantially complied with all Policy conditions; (ii) that the Insurer has an obligation to pay the replacement cost loss without a deduction for depreciation once the actual cash value has been paid as may be incurred in the restoration of the Loss; (iii) and such other relief that this Court may seem just and mete.

ALEXANDER ODEH
GABRIELLE ODEH
By Counsel


**A TRIAL BY JURY IS DEMANDED ON ALL ISSUES  AS TO ALL PORTIONS OF
THIS COMPLAINT, WHICH MAY BE TRIED TO A JURY**

11

C. Thomas Brown, Esq. (VSB No. 23743)
Erik B. Lawson, Esq. (VSB No. 79656)
Caitlin B. Ong, Esq. (VSB no. 89038)
SILVER & BROWN, P.C.
10621 Jones Street, Suite 101
Fairfax, Virginia 22030
(703) 591-6666
(703) 591-5618 – Facsimile
tom@virginia-lawyers.net
erik@virginia-lawyers.net
caitlin@virginia-lawyers.net
*Counsel for Plaintiffs*

12

# EXHIBIT 1



Liberty Mutual Insurance
350 E 96th Street
Indianapolis, IN 46240

November 17, 2022

TRAVIS BROWN
P.O. Box 5014
Scranton, PA 18505-5014

Insured Name:    Alexander A Odeh
Policy Number:   H3A23820763975
Claim ID:        051506433
Date of Loss:    11/09/2022
Effective Date:  11/01/2022

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the Montgomery Mutual Insurance Company in the usual and customary course of its business.

Sincerely,

Dominique Hollins
Policy Copy Support

DH
Enclosures

 Questions about your Policy?
Call 1-800-225-8285

Policy Number:
H3A-238-207639-75 2 9

Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims



**ACTION REQUIRED:**
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

## Policy Declarations
## Total 12 Month Premium:  $8,675.00

Your discounts and benefits have been applied. Includes state sales tax and local surcharge where applicable.
Through your affiliation with the Kia your policy includes special group savings on your home insurance.

### Insurance Information

| | | | |
|---|---|---|---|
| Named Insured: | Alexander A Odeh | Policy Number: | H3A-238-207639-75 2 9 |
| Mailing Address: | 805 Winterhaven Pl<br>Herndon VA 20170-3932 | Policy Period: | 11/01/2022-11/01/2023 12:01 a.m.<br>standard time at the address of the<br>Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 11/01/2022 |

---

#### DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.
- Inflation Protection Discount
- New Roof Discount
- Basic Home Safety
- Smart Home
  - Theft Protection
  - Fire Protection

- Early Shopper Discount

---

## Coverage Information

Standard Policy with HomeProtector Plus ™

| SECTION I COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| A. Dwelling with Expanded Replacement Cost | $   930,700 | |
| B. Other Structures on Insured Location | $    93,070 | |
| C. Personal Property with Replacement Cost | $   698,030 | |
| D. Loss of Use of Insured Location | Actual Loss Sustained | |

 Want to Add a Coverage? Call 1-800-225-8285 to talk to your agent about the availability of this coverage and whether it meets your needs.

| Policy Number: H3A-238-207639-75 2 9 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |



## Coverage Information continued

| SECTION II COVERAGES | LIMITS | PREMIUM |
|---|---|---|
| E. Personal Liability (each occurrence) | $ 500,000 | |
| F. Medical Payments to Others (each person) | $ 1,000 | |

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of: $1,000

If losses are a result of an Earthquake they are subject to a deductible of 15%: $139,605

| Total Standard Policy with HomeProtector Plus ℠ | $ 8,471 |

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Backup Of Sewer And Sump Pump Overflow | $ 1,000 | $ Policy Limit | INCL |
| Credit Card, Fund Transfer Card, Forgery | | $ 1,000 | $ 0 |
| Earthquake Aluminum or Plastic Siding | | | $ 204 |
| Coverage E Increased limit | | | INCL |
| Total Additional Coverages | | | $ 204 |

Total 12 Month Policy Premium  $8,675.00

### Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Multi-Policy Discounts: Having more than one insurance policy with Liberty Mutual can save you time and money. Learn more about how you can bundle your auto, home, renters,  or condo insurance.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

Policy Bates Page No. 000003

 Questions about your Policy?
Call 1-800-225-8285

| Policy Number:
H3A-238-207639-75 2 9

| Report a Claim:
1-800-2CLAIMS or
LibertyMutual.com/Claims

 Liberty
Mutual.
INSURANCE

## Mortgage Information

Mortgagee 1:
PENNYMAC LOAN
SERVICES, LLC
LOAN NO. 8197573121
P.O. Box 6618
Springfield, OH 45501

## Policy Forms and Endorsements: The following forms and endorsements are applicable to your policy

LibertyGuard® Deluxe Homeowner Policy
(HO 00 03 04 91)

Earthquake (HO 23 54 04 91)

Credit Card, Fund Transfer Card, Forgery
(HO 04 53 04 91)

Amendmt Pol Definitions (FMHO2934VA 0621)

Inflation Protection (FMHO-2835)

Amendatory Seepage End (FMHO-2265)

Additional Policy Protection Endorsement
(PMKT 1192 1015)

Home Protector Plus (FMHO-1198)

Backup Of Sewer And Sump Pump Overflow
(FMHO 3151 0811)

Protective Devices (FMHO 4172 1014)

Special Provisions - VA  (FMHO3413VA 0319)

Master Montgomery Mutual Insurance Company
Endorsement (AS3903 08 17)

Waiver Of Ded-Theft (FMHO 1087 1014)

Amendatory Home Day Care (HO 23 37 04 91)

## Important Messages

Flood Insurance: Your Homeowners policy does not provide coverage for damage caused by flood, even if the flood is caused by a storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community participates in the National Flood Insurance Program. Please call your representative for more information.

Earthquake Exclusion: Your policy does not provide coverage for damage caused by earthquakes. Earthquake coverage is excluded unless purchased by endorsement. Please call your representative for more information.

 **Questions about your Policy?**
Call 1-800-225-8285

**Policy Number:**
H3A-238-207639-75 2 9

**Report a Claim:**
1-800-2CLAIMS or
LibertyMutual.com/Claims

 **Liberty Mutual.** INSURANCE

LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by Montgomery Mutual Insurance Company (a mutual insurance company), Boston, MA.

_____
Hamid Mirza
President

_____
Mark C. Touhey
Secretary

This policy, including endorsements listed above,
is countersigned by:

_____
Parker Koppelman
Authorized Representative



**Liberty Mutual.**
INSURANCE

---

# LibertyGuard Deluxe Homeowners Policy

Please read your policy and each endorsement carefully.

---

### To serve you best...

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

THIS POLICY IS NON ASSESSABLE

FMHO 943 (ED. 11-96)                    Liberty Mutual Group

Policy Bates Page No. 000006

 Liberty Mutual. INSURANCE

# LIBERTYGUARD DELUXE HOMEOWNERS POLICY
## HO 00 03 EDITION 04 91

| TABLE OF CONTENTS | Page |
|---|---|
| Agreement | 1 |
| Definitions | 1 |
| **SECTION I - PROPERTY COVERAGES** | |
| Coverage A Dwelling | 1 |
| Coverage B Other Structures | 2 |
| Coverage C Personal Property | 2-3 |
| Coverage D Loss of Use | 3 |
| Additional Coverages | 3 |
| Debris Removal | 3 |
| Reasonable Repairs | 3-4 |
| Trees, Shrubs and Other Plants | 4 |
| Fire Department Service Charge | 4 |
| Property Removed | 4 |
| Credit Card, Fund Transfer Card, Forgery and Counterfeit Money | 4 |
| Loss Assessment | 4-5 |
| Collapse | 5 |
| Glass or Safety Glazing Material | 5 |
| Landlord's Furnishings | 5-6 |
| **SECTION I - PERILS INSURED AGAINST** | |
| Coverage A Dwelling and Coverage B Other Structures | 6 |
| Coverage C Personal Property | 6-7 |
| **SECTION I - EXCLUSIONS** | |
| Ordinance or Law | 7 |
| Earth Movement | 7-8 |
| Water Damage | 8 |
| Power Failure | 8 |
| Neglect | 8 |
| War | 8 |
| Nuclear Hazard | 8 |
| Intentional Loss | 8 |
| Weather Conditions | 8 |
| Acts or Decisions | 8 |
| Faulty, Inadequate or Defective | 8 |
| **SECTION I - CONDITIONS** | |
| Insurable Interest and Limit of Liability | 8 |
| Your Duties After Loss | 8-9 |
| Loss Settlement | 9-10 |
| Loss to a Pair or Set | 10 |
| Glass Replacement | 10 |
| Appraisal | 10 |

| | Page |
|---|---|
| Other Insurance | 10 |
| Suit Against Us | 10 |
| Our Option | 10 |
| Loss Payment | 10 |
| Abandonment of Property | 10 |
| Mortgage Clause | 10 |
| No Benefit To Bailee | 10 |
| Nuclear Hazard Clause | 10-11 |
| Recovered Property | 11 |
| Volcanic Eruption Period | 11 |
| **SECTION II - LIABILITY COVERAGES** | |
| Coverage E Personal Liability | 11 |
| Coverage F Medical Payments to Others. | 11 |
| **SECTION II - EXCLUSIONS** | |
| Coverage E Personal Liability and Coverage F Medical Payments to Others | 11-13 |
| Coverage E Personal Liability | 13 |
| Coverage F Medical Payments to Others. | 13 |
| **SECTION II - ADDITIONAL COVERAGES** | |
| Claim Expenses | 13 |
| First Aid Expenses | 14 |
| Damage to Property of Others | 14 |
| Loss Assessment | 14 |
| **SECTION II - CONDITIONS** | |
| Limit of Liability | 14 |
| Severability of Insurance | 14 |
| Duties After Loss | 14-15 |
| Duties of an Injured Person | 15 |
| Payment of Claim | 15 |
| Suit Against Us | 15 |
| Bankruptcy of an Insured | 15 |
| Other Insurance | 15 |
| **SECTIONS I AND II - CONDITIONS** | |
| Policy Period | 15 |
| Concealment or Fraud | 15 |
| Liberalization Clause | 15 |
| Waiver or Change of Policy Provisions | 15 |
| Cancellation | 15-16 |
| Non-Renewal | 16 |
| Assignment | 16 |
| Subrogation | 16 |
| Death | 16 |
| *MUTUAL POLICY CONDITIONS | 16 |

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.



| HOMEOWNERS 00 03 04 91 |
| --- |

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

| DEFINITIONS |
| --- |

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.
2. "Business" includes trade, profession or occupation.
3. "Insured" means you and residents of your household who are:
   a. Your relatives; or
   b. Other persons under the age of 21 and in the care of any person named above.
   Under Section II, "insured" also means:
   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";
   d. With respect to any vehicle to which this policy applies:
      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or
      (2) Other persons using the vehicle on an "insured location" with your consent.
4. "Insured location" means:
   a. The "residence premises";
   b. The part of other premises, other structures and grounds used by you as a residence and:
      (1) Which is shown in the Declarations; or
      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;
   d. Any part of a premises:
      (1) Not owned by an "insured"; and
      (2) Where an "insured" is temporarily residing;
   e. Vacant land, other than farm land, owned by or rented to an "insured";
   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";
   g. Individual or family cemetery plots or burial vaults of an "insured"; or
   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.
5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
   a. "Bodily injury"; or
   b. "Property damage."
6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.
7. "Residence employee" means:
   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or
   b. One who performs similar duties elsewhere not related to the "business" of an "insured."
8. "Residence premises" means:
   a. The one family dwelling, other structures, and grounds; or
   b. That part of any other building;
   where you reside and which is shown as the "residence premises" in the Declarations.
   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

| SECTION I - PROPERTY COVERAGES |
| --- |

### COVERAGE A - Dwelling

We cover:
1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."

This coverage does not apply to land, including land on which the dwelling is located.

Page 1 of 16



**COVERAGE B - Other Structures**

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or
2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage. A. Use of this coverage does not reduce the Coverage A limit of liability.

**COVERAGE C - Personal Property**

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";
2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.
2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.
   This limit includes the cost to research, replace or restore the information from the lost or damaged material.
3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.
4. $1000 on trailers not used with watercraft.
5. $1000 for loss by theft of jewelry, watches,

furs, precious and semi-precious stones.

6. $2000 for loss by theft of firearms.
7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.
9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.
10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tapes, wires, records, discs or other media; for use with any electronic apparatus.
11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:
    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;
    b. Is away from the "residence premises"; and
    c. Is used at any time or in any manner for any "business" purpose.
    Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tapes, wires, records, discs or other media;
    for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1. Articles separately described and specifically insured in this or other insurance;
2. Animals, birds or fish;
3. Motor vehicles or all other motorized land conveyances.
   This includes:
   a. Their equipment and accessories; or
   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
      (1) Accessories or antennas; or

Page 2 of 16



(2) Tapes, wires, records, discs or other media;

for use with any electronic apparatus. The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

a. Used to service an "insured's" residence; or

b. Designed for assisting the handicapped;

4. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6. Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages 10.;

7. Property rented or held for rental to others off the "residence premises";

8. "Business" data, including such data stored in:

a. Books of account, drawings or other paper records; or

b. Electronic data processing tapes, wires, records, discs or other software media;

However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

9. Credit cards or fund transfer cards except as provided in Additional Coverages 6.

## COVERAGE D - Loss Of Use

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.

a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

b. **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle

elsewhere.

2. If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

**Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

## ADDITIONAL COVERAGES

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage.

Page 3 of 16



If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a. Does not increase the limit of liability that applies to the covered property;

b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION 2.d.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to $500 for:

a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover use of a credit card or fund transfer card:

a. By a resident of your household;

b. By a person who has been entrusted with either type of card; or

c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises." We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Page 4 of 16

Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:
   a. Perils Insured Against in COVERAGE C - PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;
   b. Hidden decay;
   c. Hidden insect or vermin damage;
   d. Weight of contents, equipment, animals or people;
   e. Weight of rain which collects on a roof; or
   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**
   We cover:
   a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and
   b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

   This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

   Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**
b. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.
c. **Explosion.**
d. **Riot or civil commotion.**
e. **Aircraft,** including self-propelled missiles and spacecraft.
f. **Vehicles.**
g. **Smoke,** meaning sudden and accidental damage from smoke.
   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
h. **Vandalism or malicious mischief.**
i. **Falling objects.**
   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
   This peril does not include loss:
   (1) To the system or appliance from which the water or steam escaped;
   (2) Caused by or resulting from freezing except as provided in the peril of freezing below; or
   (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

   In this peril, a plumbing system does not include a sump, sump pump or related equipment.
l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
   We do not cover loss caused by or resulting from freezing under this peril.

Page 5 of 16



m. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance. This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:
(1) Maintain heat in the building; or
(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.** This peril does not include loss to a tube, transistor or similar electronic component.
o. Volcanic eruption other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

## SECTION I - PERILS INSURED AGAINST

**COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES**

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;
2. Caused by:
   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:
      (1) Maintain heat in the building; or
      (2) Shut off the water supply and drain the system and appliances of water;
   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) Fence, pavement, patio or swimming pool;
      (2) Foundation, retaining wall, or bulkhead; or
      (3) Pier, wharf or dock;
   c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;
   d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;
   e. Any of the following:
      (1) Wear and tear, marring, deterioration;
      (2) Inherent vice, latent defect, mechanical breakdown;
      (3) Smog, rust or other corrosion, mold, wet or dry rot;
      (4) Smoke from agricultural smudging or industrial operations;
      (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.
      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
      (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;
      (7) Birds, vermin, rodents, or insects; or
      (8) Animals owned or kept by an "insured."
      If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.
3. Excluded under Section I - Exclusions.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

**COVERAGE C - PERSONAL PROPERTY**

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

1. **Fire or lightning.**
2. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow,

Page 6 of 16



sleet, sand or dust enters through this opening. This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. Explosion.
4. Riot or civil commotion.
5. Aircraft, including self-propelled missiles and spacecraft.
6. Vehicles.
7. Smoke, meaning sudden and accidental damage from smoke.
This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. Vandalism or malicious mischief.
9. Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.
This peril does not include loss caused by theft:
a. Committed by an "insured";
b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or
c. From that part of a "residence premises" rented by an "insured" to other than an "insured."
This peril does not include loss caused by theft that occurs off the "residence premises" of:
a. Property while at any other residence owned by, rented to, or occupied by an "insured" except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;
b. Watercraft, and their furnishings, equipment and outboard engines or motors; or
c. Trailers and campers.
10. Falling objects.
This peril does not include loss to property

contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
11. Weight of ice, snow or sleet which causes damage to property contained in a building.
12. Accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
This peril does not include loss:
a. To the system or appliance from which the water or steam escaped;
b. Caused by or resulting from freezing except as provided in the peril of freezing below; or
c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."
In this peril, a plumbing system does not include a sump, sump pump or related equipment.
13. Sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
We do not cover loss caused by or resulting from freezing under this peril.
14. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.
This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:
a. Maintain heat in the building; or
b. Shut off the water supply and drain the system and appliances of water.
15. Sudden and accidental damage from artificially generated electrical current.
This peril does not include loss to a tube, transistor or similar electronic component.
16. Volcanic eruption other than loss caused by earthquake, land shock waves or tremors.

## SECTION I - EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

b. Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:
(1) Fire;
(2) Explosion; or
(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

Page 7 of 16



ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

c. **Water Damage,** meaning:

(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains or which overflows from a sump; or

(3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

e. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

f. **War,** including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I – CONDITIONS.

h. **Intentional Loss,** meaning any loss arising out of any act committed:

(1) By or at the direction of an "insured"; and

(2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises."

| SECTION I - CONDITIONS |
| --- |

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

a. Give prompt notice to us or our agent;

b. Notify the police in case of loss by theft;

c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

f. As often as we reasonably require:

(1) Show the damaged property;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other "insured," and sign the same;

g. Send to us, within 60 days after our request, your signed, sworn proof of loss

Page 8 of 16



which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss Settlement.** Covered property losses are settled as follows:

a. Property of the following types:

(1) Personal property;

(2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

(3) Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim

Policy Bates Page No. 000016



within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:
   a. Repair or replace any part to restore the pair or set to its value before the loss; or
   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.
   Each party will:
   a. Pay its own appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

7. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;
b. There is an entry of a final judgement; or
c. There is a filing of an appraisal award with us.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured."

12. **Mortgage Clause.**
    The word "mortgagee" includes trustee.
    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.
    If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.
    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.
    If we pay the mortgagee for any loss and deny payment to you:
    a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
    b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
    Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**
    a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Page 10 of 16



b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## SECTION II - LIABILITY COVERAGES

**COVERAGE E - Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

**COVERAGE F - Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured."

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":

   a. Which is expected or intended by the "insured";

   b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

   c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":

      (1) On an occasional basis if used only as a residence;

      (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

      (3) In part, as an office, school, studio or private garage;

   d. Arising out of the rendering of or failure to render professional services;

   e. Arising out of a premises:

      (1) Owned by an "insured";

      (2) Rented to an "insured"; or

      (3) Rented to others by an "insured";

      that is not an "insured location";

   f. Arising out of:

      (1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

Page 11 of 16



(2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) A trailer not towed by or carried on a motorized land conveyance.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:
  (a) Not owned by an "insured"; or
  (b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:
  (a) Used to service an "insured's" residence;
  (b) Designed for assisting the handicapped; or
  (c) In dead storage on an "insured location";

g. Arising out of:
  (1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;
  (2) The entrustment by an "insured" of an excluded watercraft described below to any person; or
  (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:
  (a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";
  (b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";
  (c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";
  (e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:
    (i) You acquire them prior to the policy period; and
      (a) You declare them at policy inception; or
      (b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.
    (ii) You acquire them during the policy period.
    This coverage applies for the policy period.
(2) That are sailing vessels, with or without auxiliary power:
  (a) Less than 26 feet in overall length;
  (b) 26 feet or more in overall length, not owned by or rented to an "insured."
(3) That are stored;

h. Arising out of:
  (1) The ownership, maintenance, use, loading or unloading of an aircraft;
  (2) The entrustment by an "insured" of an aircraft to any person; or
  (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:
  (1) Undeclared war, civil war, insurrection, rebellion or revolution;
  (2) Warlike act by a military force or military personnel; or
  (3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as

Page 12 of 16

Policy Bates Page No. 000019



defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employees" employment by an "insured."

2. **Coverage E - Personal Liability,** does not apply to:
   a. Liability:
      (1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;
      (2) Under any contract or agreement. However, this exclusion does not apply to written contracts:
         (a) That directly relate to the ownership, maintenance or use of an "insured location"; or
         (b) Where the liability of others is assumed by the "insured" prior to an "occurrence";
         unless excluded in (1) above or elsewhere in this policy;
   b. "Property damage" to property owned by the "insured";
   c. "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;
   d. "Bodily injury" to any person eligible to receive any benefits:
      (1) Voluntarily provided; or
      (2) Required to be provided;
      by the "insured" under any:
      (1) Workers' compensation law;
      (2) Non-occupational disability law; or
      (3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:
   (1) Is also an insured under a nuclear energy liability policy; or
   (2) Would be an insured under that policy but for the exhaustion of its limit of liability.
   A nuclear energy liability policy is one issued by:
   (1) American Nuclear Insurers;
   (2) Mutual Atomic Energy Liability Under-writers;
   (3) Nuclear Insurance Association of Canada;
   or any of their successors; or
f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

3. **Coverage F - Medical Payments to Others,** does not apply to "bodily injury":
   a. To a "residence employee" if the "bodily injury":
      (1) Occurs off the "insured location"; and
      (2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";
   b. To any person eligible to receive benefits:
      (1) Voluntarily provided; or
      (2) Required to be provided;
      under any:
      (1) Workers' compensation law;
      (2) Non-occupational disability law; or
      (3) Occupational disease law;
   c. From any:
      (1) Nuclear reaction;
      (2) Nuclear radiation; or
      (3) Radioactive contamination;
      all whether controlled or uncontrolled or however caused; or
      (4) Any consequence of any of these; or
   d. To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses.** We pay:
   a. Expenses we incur and costs taxed against an "insured" in any suit we defend;
   b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

   c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and
   d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

Page 13 of 16

Liberty
Mutual.
INSURANCE

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."

   We will not pay for "property damage":
   a. To the extent of any amount recoverable under Section I of this policy;
   b. Caused intentionally by an "insured" who is 13 years of age or older;
   c. To property owned by an "insured";
   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or
   e. Arising out of:
   (1) A "business" engaged in by an "insured";
   (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or
   (3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

      This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or
b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:
   (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and
   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:
a. One accident, including continuous or repeated exposure to substantially the same. general harmful condition; or
b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:
1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);
2. Condition 1. Policy Period, under SECTIONS I AND II - CONDITIONS.

---

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This

condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:
   a. Give written notice to us or our agent as soon as is practical, which sets forth:
      (1) The identity of the policy and "insured";
      (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and
      (3) Names and addresses of any claimants and witnesses;
   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

Page 14 of 16



c. At our request, help us:
   (1) To make settlement;
   (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";
   (3) With the conduct of suits and attend hearings and trials; and
   (4) To secure and give evidence and obtain the attendance of witnesses;
d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;
e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

4. **Duties of an Injured Person - Coverage F - Medical Payments to Others.**
   The injured person or someone acting for the injured person will:
   a. Give us written proof of claim, under oath if required, as soon as is practical; and
   b. Authorize us to obtain copies of medical reports and records.
   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.
   No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTIONS I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:
   a. Intentionally concealed or misrepresented any material fact or circumstance;
   b. Engaged in fraudulent conduct; or
   c. Made false statements;
   relating to this insurance.

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.
   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

4. **Waiver or Change of Policy Provisions.**
   A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

5. **Cancellation.**
   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
      (1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
      (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.
      (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
         (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

Page 15 of 16

**Liberty Mutual.** INSURANCE

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "Insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

---

### *MUTUAL POLICY CONDITIONS

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

**SECRETARY**                          **PRESIDENT**

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1990                          Page 16 of 16

Policy Bates Page No. 000023



## VIRGINIA HOMEPROTECTOR PLUS ENDORSEMENT                    FMHO 1198

**A. INCREASED SPECIAL LIMIT OF LIABILITY - JEWELRY, WATCHES, FURS, PRECIOUS AND SEMI-PRECIOUS STONES**

Section I, Coverage C - Personal Property. Special Limits of Liability. Paragraph 5 is replaced with:

5. Jewelry, watches, furs, precious and semi-precious stones are insured for accidental direct physical loss or damage. The following exclusions and limitations apply:

   a. $2500 for loss by theft, subject to a maximum of $1500 for any one article.

   b. The limit of liability stated in the declarations page for Coverage C, for loss caused by perils named under Coverage C of this policy, other than theft.

   c. $2500 for loss caused by perils not named and not excluded in this policy, subject to a maximum of $1500 for any one article.

   d. We do not cover loss or damage caused by mechanical breakdown, wear and tear, gradual deterioration, insects, vermin or inherent vice.

**B. REPLACEMENT COST PROVISION - DWELLING AND PERSONAL PROPERTY**

You must meet the following additional condition for this provision to apply:

17. Additions or Changes to Dwelling - Notice to Company. You must inform us within 90 days of the start of any additions, alterations or improvements to the dwelling that will increase the replacement cost of the dwelling by $5000 or more.

If you meet Condition 17, then Section I, Conditions on the policy, Item 3. Loss Settlement, is replaced as follows:

3. Loss Settlement. Covered property losses are settled as follows:

   a. The applicable limit of liability for Buildings under Coverage A or B is the replacement cost, after application of deductible and without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, but not exceeding:

         (a) the replacement cost of that part of the building damaged using like construction on the same premises and intended for the same occupancy and use;

         (b) with respect to Coverage A, an amount not exceeding 20% greater than the limit of liability stated in the declarations, as modified by the Inflation Protection Provision of the policy;

         (c) with respect to Coverage B, the limit of liability stated in the declarations, as modified by the Inflation Protection Provision of the policy;

         (d) the amount actually and necessarily spent to repair or replace the damage.

      (2) When the cost of repair or replacement is more that $2500 or more than 5% of the amount of insurance in this policy on the building, whichever is less, we will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

   b. Awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings, and structures that are not buildings: at actual cash value at the time of loss but not exceeding the amount needed to repair or replace.

   c. Personal property, carpeting and domestic appliances: at replacement cost but not exceeding the amount needed to repair or replace subject to the following:

      (1) Our limit of liability for loss to Personal Property shall not exceed the smallest of the following:

         (a) Replacement cost with a similar item of like kind and quality at the time of loss;

Policy Bates Page No. 000024



(b) The full cost of repair;

(c) Any special limit of liability described in the policy or stated in this endorsement; or

(d) The Coverage C limit of liability stated in the declarations, as modified by the Inflation Protection Provision of the policy.

(2) This endorsement shall not apply to:

(a) Fine arts and items which, by their nature cannot be replaced with new items.

(b) Articles whose age or history contribute substantially to their value including souvenirs or collector's items.

(c) Property that is unusable for the purpose for which it was originally intended due to age or historic condition.

(3) We will not pay for any loss to personal property under this endorsement until actual repair or replacement is complete.

d. You may make an initial claim for loss on an actual cash value basis. You may then make claim, in accordance with this endorsement, for the difference between the actual cash value and the replacement cost within 6 months of the later of:

(1) The last date you received a payment for actual cash value; or

(2) The date of entry of a final order of a court or competent jurisdiction declaring your right to full replacement value.

## C. INCREASED LIMIT - COVERAGE D

We will pay the amount of loss covered by Coverage D for incurred expenses by you following the date of loss, subject to the periods of time under paragraphs 1, 2 and 3 of Coverage D – Loss of Use.

## D. ADDITIONAL COVERAGES

### REFRIGERATORS AND FREEZERS CONTENTS COVERAGE

We cover the contents of deep freeze or refrigerated units on the residence premises from the perils of:

1. Fluctuation or total interruption of electric power, either on or off premises, resulting from conditions beyond the control of the insured.

2. Mechanical breakdown of any refrigeration equipment on premises including the blowing of fuses or circuit breakers.

We do not cover loss caused by the following additional exclusions:

1. Disconnection or termination of power due to turning off any switch.

2. Inability of power source to provide sufficient power due to government order, lack of fuel or lack of generating capacity to meet demand.

SPECIAL LIMIT - We will not pay more than $500 of your loss of refrigerator or freezer contents resulting from the above perils

Section I, Exclusion d. Power Failure, does not apply.

All other provisions of this policy apply.

### LOCK REPLACEMENT COVERAGE

We will pay up to $250 for replacing locks or cylinders on the exterior doors of the residence premises when your keys have been stolen. The theft of the keys must be reported to the police for this coverage to apply.

This coverage is additional insurance. No deductible applies to this coverage.

FMHO 1198                                                                                      Page 2 of 2



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EARTHQUAKE - VIRGINIA

**HOMEOWNERS**

**HO 23 54 04 91**

For an additional premium, we insure for direct physical loss to property covered under Section I caused by earthquake including land shock waves or tremors before, during or after a volcanic eruption.

1. One or more earthquake shocks that occur within a seventy-two hour period constitute a single earthquake.

2. The following deductible provision replaces any other deductible provision in this policy with respect to loss covered under this endorsement:

   We will pay only that part of the loss which exceeds ____ %* of the amount of insurance that applies to the destroyed or damaged property. This deductible(s) will apply separately to loss under the various Section I Property Coverages. If the limit of liability on certain property is increased by endorsement, and that property is destroyed or damaged, the total limit of liability will be used in calculating and applying the deductible.

   However, the total deductible amount will not be less than $250.

### SPECIAL EXCLUSIONS

1. We do not cover loss resulting directly or indirectly from flood of any nature or tidal wave, whether caused by, resulting from, contributed to or aggravated by earthquake.

The following exclusion applies ☐*
does not apply ☐

2. We do not cover loss to exterior masonry veneer. The value of exterior masonry veneer will be deducted before applying the deductible clause. For the purpose of this exclusion, stucco is not considered masonry veneer.

This coverage does not increase the limits of liability stated in this policy and does not include the cost of filling land.

The Section I - Earth Movement exclusion does not apply to loss caused by earthquake including land shock waves or tremors before, during or after a volcanic eruption.

If this policy includes either Special Personal Property Endorsement **HO 23 14** or Unit-Owners Coverage C Special Coverage Endorsement **HO 23 97**, then this endorsement does not apply to Coverage C. Earthquake Coverage for Coverage C is provided in **HO 23 14** and **HO 23 97**.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1990

Policy Bates Page No. 000026

**Liberty Mutual.**
INSURANCE

## WATER BACK UP OF SEWER AND SUMP PUMP OVERFLOW COVERAGE ENDORSEMENT

### (THIS IS NOT FLOOD INSURANCE)

This endorsement modifies the coverage and exclusions afforded by this policy.

### SECTION I - COVERAGE PROVIDED BY THIS ENDORSEMENT

For an additional premium, we cover risks of direct physical loss to property described in Coverage A - Dwelling and Coverage C - Personal Property described below when caused by a peril listed below. This coverage does not apply if the loss is caused by a peril that is specifically excluded under the policy with the exception of Section 1 Exclusion c. Water Damage (2) (This is exclusion b. (3) in Form HO 00 06 and HO 00 04).

1. Water or Sewer Back-up, meaning only direct loss to covered property caused by water or effluent which backs up through sewers or drains.

2. Sump Pump Overflow or Failure, meaning:

   a. direct loss to covered property caused by water or effluent which overflows or accidentally discharges from within a sump pump, sump pump well, sump pump well discharge system, or related equipment, or;

   b. direct loss caused by water or effluent which backs up through sewers or drains due to the mechanical failure of a sump pump, sump pump well, sump pump well discharge system or related equipment.

This coverage does not include loss to the sump pump, or related equipment other similar mechanical or powered system.

### PROPERTY COVERAGES - SECTION 1

The coverage provided by this endorsement only applies to the dwelling described in Coverage A and Coverage C personal property.

### EXCLUSIONS - SECTION I

With respect to the coverages provided by this endorsement only, the following exclusions under Section I -Exclusions are deleted:

**Water** which backs up through sewers or drains or which overflows from a sump pump.

**Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

All other conditions and exclusions in your policy continue to apply.

### DEDUCTIBLE

Each claim for loss to covered property will be adjusted separately. See your policy declarations for your applicable deductible for this coverage.

### LIMIT OF LIABILITY

We will pay no more than the amount shown on the policy declarations for this coverage for any one loss caused by water or sewer back up or sump pump overflow as described above.

HOMEOWNERS
HO 04 53 04 91

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY COVERAGE
**Increased Limit**

For an additional premium, the limit of liability for Additional Coverage 6., Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $ _____*.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

HO 04 53 04 91          Copyright, Insurance Services Office, Inc.,  1990          **Page 1 of 1**

**Liberty Mutual.**
INSURANCE

## PROTECTIVE DEVICES

For a premium discount, we acknowledge the installation of fire, theft, or water protective system or device approved by us on the "residence premises." You agree to maintain the approved system or device in working order and to let us know promptly of any change made to the system or device or if it is removed. We reserve the right of modifying or removing the discount based on our knowledge of how the system or device is maintained by you.

FMHO 4172 10/14                                                                                          Page 1 of 1



**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

## HOMEOWNER AMENDATORY ENDORSEMENT

### DEFINITIONS

The opening paragraph is deleted and replaced by the following:

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and:

    a.  the spouse of the "named insured" shown in the Declarations, if a resident of the same household; or

    b.  the partner in a civil union, registered domestic partnership, or similar union or partnership, with the "named insured" shown in the Declarations, if a resident of the same household.

Item b., above, only applies if the civil union, registered domestic partnership or other similar union or partnership is validly entered into under the law of any state, territory or possession of the United States of America, any territory or province of Canada, or the equivalent of a state or province in any other country.

"We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

The following is added:

    "Actual cash value" means replacement cost less deduction for depreciation.

### SECTIONS I AND II - CONDITIONS

Under 9. Death, the opening paragraph is deleted and replaced by the following:

    If any person named in the Declarations or the spouse, if a resident of the same household; or the partner in a civil union, registered domestic partnership or similar union or partnership, if a resident of the same household, dies:

All other provisions of this policy apply.

Policy Bates Page No. 000030



## INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

> Coverage A, Dwelling;
>
> Coverage B, Structure;
>
> Coverage C, Personal Property;
>
> and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

### METHOD

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

> a.  The policy; or
>
> b.  The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.



## AMENDATORY SEEPAGE ENDORSEMENT
**This endorsement changes your policy. Please read it carefully.**

**SECTION I - PERILS INSURED AGAINST**

**Coverage A - Dwelling and Coverage B - Other Structures**

Paragraph 2.e. (9) is added:

(9) Seepage, meaning continuous or repeated seepage or leakage of water, steam or fuel over a period of weeks, months or years:

   a) From a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or

   b) From within or around any plumbing fixtures, including, but not limited to, shower stalls, shower baths, tub installations, sinks or other fixtures, including walls, ceilings or floors.

FMHO 2265                                                                 Page 1 of 1

---



# WAIVER OF DEDUCTIBLE - THEFT FROM RESIDENCE PREMISES

With the installation of a functioning and professionally-monitored theft alarm system that is maintained in good working order, we will waive the deductible that applies for direct physical loss to the property described under Coverage A, B, and C as a result of theft, including attempted theft, from that portion of the "residence premises" protected by the alarm system.

The waiver of deductible will not apply if:

   a.  The alarm system has not been activated, or the service has been discontinued;

   b.  The theft loss occurs off the "residence premises"; or

   c.  The theft loss occurs from a portion of the "residence premises" not protected by the alarm system.

All other provisions of this policy apply.

FMHO 1087 (10/14)                 < <COMPANY.FOOTER12> >                 Page 1 of 1

Policy Bates Page No. 000033



**Liberty Mutual.**
INSURANCE

<u>NO</u> COVERAGE FOR HOME DAY CARE BUSINESS - VIRGINIA

HOMEOWNERS
HO 23 37 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business". Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business".

Therefore, with respect to a home day care enterprise which is considered to be a "business", this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or part for "business";

3. Does not provide Section I - Coverage C coverage because Coverage C - Property Not Covered, items **11.** and **12.**, exclude:

   a. "Business" property pertaining to a "business" actually conducted on the "residence premises"; and

   b. "Business" property away from the "residence premises".

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

HO 23 37 04 91          Copyright, Insurance Services Office, Inc., 1990          Page 1 of 1